COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

MARY ISABEL RUIZ,          §          No. 08-19-00181-CR

              Appellant,          §          Appeal from the

v.          §          County Criminal Court No. 4

THE STATE OF TEXAS,          §          of El Paso County, Texas

              State.          §          (TC# 20160C07963)

§

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **January 31, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Carl DeKoatz, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 31, 2020.

IT IS SO ORDERED this 2nd day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.